## CITY OF WINSTON-SALEM v. YARBROUGH

No. 43P95

Case below: 117 N.C.App. 340

Petition by defendants (Yarbroughs) for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

## DURHAM v. BRITT

No. 110P95

Case below: 117 N.C.App. 731

Petition by defendant (William J. Britt) for discretionary review pursuant to G.S. 7A-31 denied 4 May 1995.

## GREEN v. ROUSE

No. 149P95

Case below: 116 N.C.App. 647

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 May 1995.

## HAMILTON v. MEMOREX TELEX CORP.

No. 133P95

Case below: 118 N.C.App. 1

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 May 1995. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 May 1995.

## HIX v. JENKINS

No. 127P95

Case below: 118 N.C.App. 103

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 May 1995.